**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **WALLACE ROGERS,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CASE NO. 7:05-CV-25 (HL)** |
| | : | |
| **LOWNDES COUNTY JAIL, et al,** | : | |
| | : | |
| Defendants | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 5) filed September 20, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 19th day of October, 2005.

> **s/ Hugh Lawson**
> **HUGH LAWSON, Judge**
> **United States District Court**